Andrew L. Dieden (State Bar No. 164572)
ANDREW L. DIEDEN LAW OFFICE
232 E. Blithedale Ave., No. 204
Mill Valley, CA 94941
Telephone:   (415) 389-5494
Facsimile:   (415) 389-8580
adieden@yahoo.com

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6927
   neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CECILIA LOOK,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, Postmaster General of the United States Post Office,<br><br>    Defendant. | No. 08-05623 VRW<br><br>**STIPULATION TO CONTINUE PRETRIAL CONFERENCE;** [PROPOSED] **ORDER** |

    Subject to the approval of the Court, the parties hereby stipulate that the pretrial conference in this action, currently scheduled for April 8, 2010, at 3:30 p.m. will be continued until June 17, 2010, at 3:30 p.m. The parties seek and have agreed to this continuance to give the Court sufficient time before the pretrial conference to rule on defendant's motion for summary

//

//

judgment (Doc. #22), which is noticed for hearing on April 1, 2010.

DATED: 2/17/10      By: _____
                         ANDREW L. DIEDEN
                         Attorney for Plaintiff


                         JOSEPH P. RUSSONIELLO
                         United States Attorney

DATED: 2/22/10      By: _____
                         NEILL T. TSENG
                         Assistant United States Attorney
                         Attorneys for Defendant


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: 2/22/2010

_____
HONORABLE VAUGHN R WALKER
UNITED STATES CHIEF JUDGE

*IT IS SO ORDERED*
*Judge Vaughn R Walker*