Andrew L. Dieden (State Bar No. 164572)
ANDREW L. DIEDEN LAW OFFICE
232 E. Blithedale Ave., No. 204
Mill Valley, CA 94941
Telephone:    (415) 389-5494
Facsimile:    (415) 389-8580
adieden@yahoo.com

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7155
  FAX: (415) 436-6927
  neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CECILIA LOOK,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General of the United States Post Office,<br><br>   Defendant. | No. 08-05623 VRW<br><br>**STIPULATION TO CONTINUE PRETRIAL CONFERENCE;** [PROPOSED] **ORDER** |

Subject to the approval of the Court, the parties hereby stipulate that the pretrial conference in this action, currently scheduled for April 8, 2010, at 3:30 p.m. will be continued until June 17, 2010, at 3:30 p.m. The parties seek and have agreed to this continuance to give the Court sufficient time before the pretrial conference to rule on defendant's motion for summary

//

//

STIPULATION TO CONTINUE PRETRIAL CONFERENCE; [PROPOSED] ORDER
No. 08-05623 VRW                                                  1

1  judgment (Doc. #22), which is noticed for hearing on April 1, 2010.

2

3

4  DATED: 2/17/10          By: _____
                               ANDREW L. DIEDEN
5                              Attorney for Plaintiff

6

7                              JOSEPH P. RUSSONIELLO
                               United States Attorney
8

9  DATED: 2/22/10          By: _____
                               NEILL T. TSENG
10                             Assistant United States Attorney
                               Attorneys for Defendant
11

12
    **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
13

14

15
    DATED: 2/22/2010
16                                  _____
                                    HONORABLE VAUGHN R WALKER
17                                  UNITED STATES CHIEF JUDGE

18                              IT IS SO ORDERED
                                Judge Vaughn R Walker
19

20

21

22

23

24

25

26

27

28